Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
December 12, 2006








 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed December 12, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01004-CV

____________

 

IN RE THOMAS WAYNE FLORENCE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

 

M E M O R
A N D U M   O P I N I O N

On
November 8, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to issue a writ of mandamus against the Texas Board of
Pardons and Paroles.  We do not have jurisdiction to issue a writ of mandamus
against the Texas Board of Pardons and Paroles in this case.  In re Parker,
No -04-06-00007-CV, 2006 WL 166570 (Tex. App.CSan Antonio Jan. 25, 2006, orig.
proceeding).

We accordingly dismiss relator=s petition for a lack of
jurisdiction. 

 

PER CURIAM

Petition Dismissed and Memorandum
Opinion filed December 12, 2006.

Panel consists of Justices Fowler,
Edelman, and Frost.